| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 26, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PHILIP RICH,

        Defendant.

Case No. 2:21-cr-00139-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PHILIP RICH,

Case No. 2:21-cr-00139-MCE  Charge 18 U.S.C. § 1341, from custody for the following reasons:

        _____ Release on Personal Recognizance

        __X__ Bail Posted in the Sum of $ 50,000.00

                __X__ Unsecured Appearance Bond $ 50,000.00

                _____ Appearance Bond with 10% Deposit

                _____ Appearance Bond with Surety

                _____ Corporate Surety Bail Bond

                _____ (Other):

Issued at Sacramento, California on July 26, 2021 at 2:45 p.m.

*[signature]*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE