PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ACEVEDO and PHILIP RICH,<br><br>Defendants. | CASE NO. 2:21-CR-00139-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 16, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Philip Rich, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 16, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until October 28, 2021, and to exclude time between September 16, 2021, and October 28, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes bank records, investigative reports, and related documents in electronic form, including over 5,000 pages of documents. Most of the discovery has already been produced directly to counsel, and all has been made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2021 to October 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4          IT IS SO STIPULATED.

5

6   Dated:  August 25, 2021                          PHILLIP A. TALBERT
                                                      Acting United States Attorney
7

8                                                     /s/ DENISE N. YASINOW
                                                      DENISE N. YASINOW
9                                                     Assistant United States Attorney

10

11  Dated:  August 25, 2021                          /s/ DONALD DORFMAN
                                                      DONALD DORFMAN
12                                                    Counsel for Defendant
                                                      Philip Rich
13

14

15                                      **ORDER**

16          IT IS SO ORDERED.

17  Dated:  August 27, 2021

18

19                                      _____
                                        MORRISON C. ENGLAND, JR.
20                                      SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28