HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PHILIP RICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP RICH,<br><br>Defendant. | No. Cr. 2:21-cr-00139 DAD- 2<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  The Honorable DALE A. DROZD |

Defendant, PHILIP RICH, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On October 4, 2022, this Court sentenced Mr. Rich to a term of 15 months as to Count One and 24 months as to Count Ten, to run consecutively for a total term of imprisonment of 39 months;

4. Mr. Rich's total offense level for Count One was 14, his criminal history category was I (based on zero criminal history points), and the resulting guideline range was 10 to 16 months.  The 24-month mandatory term of imprisonment on Count 10 for aggravated identify theft must run consecutive to the term of imprisonment imposed on Count One;

5. The sentencing range applicable to Mr. Rich was subsequently lowered by the zero-point provision;

6. Mr. Rich is eligible for a reduction in sentence, which reduces his total offense level by 2 from 14 to 12, and his amended advisory guideline range is reduced to 34 to 40 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rich's term of imprisonment to 10 months as to Count 1, and 24 months as to Count 10, to run consecutively for a total term of imprisonment of 34 months, effective February 1, 2024.  If the amount of time served as of February 1, 2024, exceeds 34 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 17, 2024                              Dated:  January 17, 2024

PHILLIP A. TALBERT                                    HEATHER E. WILLIAMS
United States Attorney                                Federal Defender

 /s/  *Shelley D. Weger*                               /s/  *David M. Porter*
SHELLEY D. WEGER                                      DAVID M. PORTER
Assistant U.S. Attorney                               Assistant Federal Defender

Attorney for Plaintiff                                Attorney for Defendant
UNITED STATES OF AMERICA                              PHILIP RICH

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rich is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level for Count One from 14 to 12, resulting in an amended guideline range of 10 to 16 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on Count One in October 2022 is reduced to 10 months. This sentence shall run consecutively to the 24-month sentence imposed on Count Ten, for a total term of imprisonment of 34 months, effective February 1, 2024. If the amount of time served as of February 1, 2024, exceeds 34 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rich shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **January 18, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE