AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:21-cr-00139-DAD Document 130 Filed 01/26/24 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
EASTERN District of CALIFORNIA

United States of America
v.
PHILIP RICH

Case No: 2:21-CR-00139-DAD-2

USM No: 56709-509

Date of Original Judgment: 10/4/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 39 months **is reduced to** 34 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/21/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: Januaey 26, 2024

*Judge's signature*

Effective Date: 2/1/2024
*(if different from order date)*

Dale A. Drozd, U.S. District Judge
*Printed name and title*